### S. W. CULVER v. R. D. JENNINGS.

(Filed 6 December, 1911.)

**1. Reference—Findings—Evidence—Appeal and Error.**

Findings of the referee approved and adopted by the judge upon any competent evidence are not reviewable on appeal.

**2. Deeds and Conveyances—Breach of Contract—Damages—Attorney's Fees.**

As to whether the plaintiff is chargeable with costs and attorney's fees as damages for the breach of warranty of title to land set up in his counterclaim, see, as controlling, *Wiggins v. Pender*, 132 N. C., 628; *Jones v. Balsley*, 154 N. C., 61.

APPEAL from *Long, J.,* at Spring Term, 1911, of WATAUGA.

Civil action heard upon exceptions to the report of J. C. Fletcher, referee.

The reference was by consent. Exceptions were filed by plaintiff. His Honor overruled all the exceptions, and affirmed and approved the findings of fact and rendered judgment against the defendant for $70.76 and adjudged that to be a lien on the land described in pleading, and also gave judgment against defendant for the additional sum of $10.05 due on open account.

The plaintiff appealed.

*T. L. Love and T. A. Love for plaintiff.*
*L. D. Lowe for defendant.*

PER CURIAM. All the exceptions to the referee's report except one are to his findings of fact. As such findings upon examination were approved and adopted by the judge of the Superior Court, and as there is some evidence to support them, the action of his Honor will not be reviewed by this Court.

The only exception to any conclusion of law which we find in the record presents the question as to whether the plaintiff is chargeable with costs and attorney's fees as damages for the breach of warranty of title to land set up in his counterclaim.

This is expressly decided in *Wiggins v. Pender,* 132 N. C., 628; *Jones v. Balsley,* 154 N. C., 61.

Affirmed.